UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADILLA PATTERSON,<br><br>Plaintiff,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>Defendant. | No. 2:17-cv-1389 MCE DB<br><br><br><br>ORDER |

On May 8, 2018, plaintiff filed a motion seeking the production of phone records.[1] (ECF No. 11.) That motion is noticed for hearing before the undersigned on June 29, 2018. Specifically, plaintiff's motion seeks "an order authorizing Metro PCS/T-Mobile to release and produce cellular telephone records for the number 530-228-7371 from January 1, 2016, through April 30, 2017, in response to Plaintiff's subpoena served on March 19, 2018." (Id. at 1-2.) 530-228-7371 is plaintiff's cellular telephone number. (Id. at 2.)

Metro PCS/T-Mobile did not object, move to quash, or seek a protective order in response to the March 19, 2018 subpoena. Instead, Metro PCS/T-Mobile informed plaintiff that it was "unable to respond" absent a court order. (ECF No. 12-2.) It appears that the reason Metro PCS/T-Mobile was unable to respond is because the telephone number is from a prepaid account

---

[1] This civil action is before the undersigned pursuant to Local Rule 302(c)(1).

1

and "prepaid accounts are not required to provide identifying information upon account activation." (Id.) In this regard, because the account was created without identifying information, Metro PCS/T-Mobile requires a court order authorizing the release of the account's information. Defendant does not oppose plaintiff's motion. (ECF No. 11 at 3.)

Accordingly, upon consideration of the arguments on file, IT IS HEREBY ORDERED that:

1. Plaintiff's May 8, 2018 motion (ECF No. 11) is granted;

2. The June 29, 2018 hearing of plaintiff's motion is vacated; and

3. Metro PCS/T-Mobile shall produce documents responsive to plaintiff's March 19, 2018 subpoena within 21 days of the date of this order.

Dated: June 25, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\patterson1389.mtc.grnt.ord