Amy Lynn Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Facsimile: (215) 540-8817
aginsburg@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADILLIA PATTERSON, | Case No.: 2:17-cv-01389-MCE-DB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| RASH CURTIS & ASSOCIATES | |
| Defendant. | |

Based upon the Joint Motion for Dismissal by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-referenced matter is hereby dismissed with prejudice. Each party will bear its own attorney's fees and costs. The matter having been dismissed in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

**Dated: July 18, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE